IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRIS CLAYBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-01043 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BOTTLING GROUP, LLC d/b/a | ) | |
| THE PEPSI BOTTLING GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Docket Entry No. 19). Accordingly, this action is **DISMISSED with prejudice**. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 25th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge